

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2013

No. 04-13-00650-CR

John **CANALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8914
Honorable Philip A. Kazen, Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 9, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk